Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: WRIGHT, GENE C | § Case No. 13-18255 |
|     WRIGHT, ANGELA R | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 30, 2013.  The undersigned trustee was appointed on April 30, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      1,150,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 85,580.55 |
| Administrative expenses | 786,238.14 |
| Bank service fees | 371.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 247,809.32 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 10/22/2013 and the deadline for filing governmental claims was 10/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $51,969.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $51,969.05, for a total compensation of $51,969.05.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $224.80, for total expenses of $224.80.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/17/2017      By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 13-18255  **Trustee:** (330129) Ira Bodenstein
**Case Name:** WRIGHT, GENE C  **Filed (f) or Converted (c):** 04/30/13 (f)
  WRIGHT, ANGELA R  **§341(a) Meeting Date:** 06/21/13
**Period Ending:** 05/17/17  **Claims Bar Date:** 10/22/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash on hand<br>     Imported from Amended Doc#: 13 | 300.00 | 0.00 | | 0.00 | FA |
| 2  Checking Account with Chase<br>     Imported from Amended Doc#: 13 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3  Security Deposit with Landlord<br>     Imported from Amended Doc#: 13 | 1,200.00 | 0.00 | | 0.00 | FA |
| 4  used furniture<br>     Imported from Amended Doc#: 13 | 600.00 | 0.00 | | 0.00 | FA |
| 5  used clothing<br>     Imported from Amended Doc#: 13 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Term Life Insurance Policy with State Farm - NO<br>     Imported from Amended Doc#: 13 | 1.00 | 1.00 | | 0.00 | FA |
| 7  2012 tax refund ($2,261.00 for earned income cre<br>     Imported from Amended Doc#: 13 | 8,420.00 | 0.00 | | 0.00 | FA |
| 8  1998 Pontiac Grand Prix 132,000 miles<br>     Imported from Amended Doc#: 13 | 1,050.00 | 0.00 | | 0.00 | FA |
| 9  Medical Malpractice Lawsuit Gene Wright, Angela  (u)<br>     Pending P.I. Action. Counsel retained on<br>     08/22/2014. | Unknown | 0.00 | | 1,150,000.00 | FA |
| 9  Assets  **Totals** (Excluding unknown values) | **$13,571.00** | **$1.00** | | **$1,150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  03/29/2017-Settlement Approved Dkt # 27
  Estate to receive $1,150,000

  03/29/2017-Settlement Approved Dkt # 27 estate to receive $1,150,000
  01/11/2017 - Case is set for Mediation on on 01/24/2017 and if it doesn't settle, trial on 03/22/2017
  04/01/2016 - Awaiting outcome of pending litigation
  04/20/2015- Special counsel employed to pursue medical malpractice case 8/22/2015
       Awaiting outcome

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
WRIGHT, ANGELA R  
**Period Ending:** 05/17/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 04/30/13 (f)  
**§341(a) Meeting Date:** 06/21/13  
**Claims Bar Date:** 10/22/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** December 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
WRIGHT, ANGELA R  
**Taxpayer ID #:** **-***4631  
**Period Ending:** 05/17/17

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 05/17/2017 12:24 PM    V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
WRIGHT, ANGELA R  
**Taxpayer ID #:** **-***4631  
**Period Ending:** 05/17/17  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4867 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/17 | {9} | Advocate Health Care | P.I. Settlement per Order Dted 3/29/17 Dkt # 27 | 1242-000 | 1,150,000.00 | | 1,150,000.00 |
| 04/20/17 | 101 | Raymond & Raymond, Ltd. | Approved attorney fee per order dted 3/29/17 Dkt # 27 | 3210-000 | | 662,500.00 | 487,500.00 |
| 04/20/17 | 102 | Raymond & Raymond, Ltd. | Approved attorney expenses per order dted 3/29/17 Dkt # 27 | 3220-000 | | 123,738.14 | 363,761.86 |
| 04/20/17 | 103 | Gene C. Wright | Payment of exemption per Order dted 3/29/17 Dkt # 27 | 8100-002 | | 15,000.00 | 348,761.86 |
| 04/20/17 | 104 | Angela R. Wright | Payment of exemption per Order dted 3/29/17 Dkt # 27 | 8100-002 | | 15,000.00 | 333,761.86 |
| 04/20/17 | 105 | Conduent, Inc. | Payment of Medical Lien per Order dted 3/29/17 Dkt # 27 | 5910-000 | | 54,131.21 | 279,630.65 |
| 04/20/17 | 106 | Illinois Department of Healthcare and Family Services | Payment of Medical Lien per Order dted 3/29/17 Dkt # 27 | 5910-000 | | 30,000.00 | 249,630.65 |
| 04/20/17 | 107 | Medicare | Payment of Medical Lien per Order dted 3/29/17 Dkt # 27 | 5910-000 | | 1,449.34 | 248,181.31 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 371.99 | 247,809.32 |
| | | | **ACCOUNT TOTALS** | | 1,150,000.00 | 902,190.68 | **$247,809.32** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,150,000.00 | 902,190.68 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,150,000.00** | **$872,190.68** | |

Net Receipts : 1,150,000.00  
Less Payments to Debtor : 30,000.00  
Net Estate : $1,120,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4866** | 0.00 | 0.00 | 0.00 |
| **Checking # ******4867** | 1,150,000.00 | 872,190.68 | 247,809.32 |
| | $1,150,000.00 | $872,190.68 | $247,809.32 |

{} Asset reference(s)

Printed: 05/17/2017 12:24 PM  V.13.30

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255
**Debtor Name:** WRIGHT, GENE C

Page: 1

**Date:** May 17, 2017
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 974380.95] | $51,969.05 | $0.00 | 51,969.05 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $224.80 | $0.00 | 224.80 |
| NOTFILED 505 | Il Dept Of Healthcare<br>509 South 6th Street<br>Springfield, IL 62701 | Priority | XXXX5163 | $0.00 | $0.00 | 0.00 |
| 1 610 | COMMONWEALTH EDISON COMPANY<br>Bankruptcy Department<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60181 | Unsecured | 0000 | $5,675.33 | $0.00 | 5,675.33 |
| 2 610 | Cavalry SPV I, LLC<br>Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | XXXX5925 | $577.05 | $0.00 | 577.05 |
| 3 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $884.92 | $0.00 | 884.92 |
| 4 610 | Mack Industries<br>c/o PITTACORA & CROTTY<br>223 W JACKSON #620<br>Chicago, IL 60606 | Unsecured | 2008-M1-167961 | $34,738.58 | $0.00 | 34,738.58 |
| 5 610 | Rjm Acquisitions Funding Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Unsecured | | $165.09 | $0.00 | 165.09 |
| 6 610 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Unsecured | XXXXXX9481 | $233.14 | $0.00 | 233.14 |
| 7 610 | Premier Bankcard/ Charter<br>P.O. Box 2208<br>Vacaville, CA 95695 | Unsecured | XXXXXXXXXXXX6464 | $433.54 | $0.00 | 433.54 |
| 8 610 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | XXXXXXXXXX0001 | $773.54 | $0.00 | 773.54 |
| 9 610 | Jefferson Capital Systems LLC<br>Purchased From MOST FUNDING II LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Unsecured | | $752.53 | $0.00 | 752.53 |
| 10 610 | American InfoSource LP as agent for<br>US Cellular<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | XXXX4434 | $297.46 | $0.00 | 297.46 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255  
**Debtor Name:** WRIGHT, GENE C  

Page: 2

**Date:** May 17, 2017  
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | American InfoSource LP as agent for US Cellular, PO Box 248838, Oklahoma City, OK 73124-8838 | Unsecured | | $787.12 | $0.00 | 787.12 |
| 12 610 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 | Unsecured | XXXX9527 | $468.36 | $0.00 | 468.36 |
| 13 610 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 | Unsecured | | $469.76 | $0.00 | 469.76 |
| 14 610 | Nicor Gas, Po box 549, Aurora, IL 60507 | Unsecured | XX9847<br>--------<br>Schedule F Account: XX7695<br>--------<br>Schedule F Account: 0000 | $3,493.19 | $0.00 | 3,493.19 |
| NOTFILED 610 | Ability Recovery Servi (Original Credito, Po Box 4031, Wyoming, PA 18644 | Unsecured | XXXXXX55N1 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Account Recovery Servi, 3031 N 114th St, Wauwatosa, WI 53222 | Unsecured | XXXXXX59N1 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Allied Collection Serv (Original Credito, 3080 S Durango Dr Ste 20, Las Vegas, NV 89117 | Unsecured | XXXXX2001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Allied Interstate Inc, 3000 Corporate Exchange Dr. 5th Floor, Columbus, OH 43231 | Unsecured | XXX1383 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Arrow Financial Services, 5996 W Touhy Ave, Niles, IL 60714 | Unsecured | XXXX6329 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Aspen, Po Box 105555, Atlanta, GA 30348 | Unsecured | XXXXXXXX0122 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Calvary Portfolio Services, Attention: Bankruptcy Department, Po Box 1017, Hawthorne, NY 10532 | Unsecured | XXXX7013 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Calvary Portfolio Services, Attention: Bankruptcy Department, Po Box 1017, Hawthorne, NY 10532 | Unsecured | XXX0258 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255  
**Debtor Name:** WRIGHT, GENE C  

Page: 3

**Date:** May 17, 2017  
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Collection Company Of<br>700 Longwater Dr<br>Norwell, MA 02061 | Unsecured | XXX3854 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Collection Company Of<br>700 Longwater Dr<br>Norwell, MA 02061 | Unsecured | XXXX3409 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comcast<br>1255 W. North Ave<br>Chicago, IL 60622 | Unsecured | 0000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Crd Prt Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240 | Unsecured | XXXXXX4474 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 | Unsecured | XXXX8915 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 | Unsecured | XXXX1191 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 | Unsecured | XXXX5793 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Management Lp (Original Creditor:<br>4200 International Pkwy<br>Carrollton, TX 75007 | Unsecured | XXXX0979 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Management Lp (Original Creditor:<br>4200 International Pkwy<br>Carrollton, TX 75007 | Unsecured | XXXX1191 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240 | Unsecured | XXXXXX1102 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Creditors Collection B<br>401 E State St<br>Rockford, IL 61104 | Unsecured | XXX0105 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Creditors Collection B<br>401 E State St<br>Rockford, IL 61104 | Unsecured | XXX0106 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dependon Collection Se (Original Credito<br>Po Box 4833<br>Oak Brook, IL 60522 | Unsecured | XXXXXXXX9148 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dish Network<br>Dept 0063<br>Palatine, IL 60055 | Unsecured | 0000 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255  
**Debtor Name:** WRIGHT, GENE C

Page: 4

**Date:** May 17, 2017  
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Diversifd Co<br>900 South Highway<br>Fenton, MO 63026 | Unsecured | XX2125 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Diversifd Co (Original Creditor:Medical)<br>900 South Highway Suite 210<br>Fenton, MO 63026 | Unsecured | XX2125 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | Unsecured | XXXXXXXXXXXX6464 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Franklin Collection Sv<br>2978 W Jackson St<br>Tupelo, MS 38801 | Unsecured | XXXXXX9851 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | G C Services (Original Creditor:Dish Net<br>6330 Gulfton St Ste 400<br>Houston, TX 77081 | Unsecured | XXXXXXXXXXXX5619 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Grt Sub Acc Corp<br><br>Downers Grove, IL 60515 | Unsecured | XXXX3101 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Harris & Harris Ltd (Original Creditor:A<br>111 W Jackson Blvd S-400<br>Chicago, IL 60604 | Unsecured | XXXX4040 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | Unsecured | XXXXXX3001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | Unsecured | XXXXXX8001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ic Systems Inc<br>P.o. Box 64378<br>St Paul, MN 55164 | Unsecured | XXXX0297 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mcsi Inc (Original Creditor:01 Village O<br>Po Box 327<br>Palos Heights, IL 60463 | Unsecured | XXXXXXXXXXXX9008 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mcsi Inc (Original Creditor:01 Village O<br>Po Box 327<br>Palos Heights, IL 60463 | Unsecured | XXXXXXXXXXXX5662 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mcsi Inc (Original Creditor:01 Village O<br>Po Box 327<br>Palos Heights, IL 60463 | Unsecured | XXXXXXXXXXXX0633 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midland Credit Management<br>Po Box 939019<br>San Diego, CA 92193 | Unsecured | XXXXXX8174 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255  
**Debtor Name:** WRIGHT, GENE C

Page: 5

**Date:** May 17, 2017  
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Midland Fund (Original Creditor:Webbank)<br>8875 Aero Dr Suite 200<br>San Diego, CA 92123 | Unsecured | XXXXXX9155 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566 | Unsecured | XXXXXXXXX155O | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Monterey Collection SVC<br>4095 Avenida De La Plata<br>Oceanside, CA 92056 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Monterey Financial Svc<br>4095 Avenida De La Plata<br>Oceanside, CA 92056 | Unsecured | XXXXX0945 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | National Credit Soluti<br>3675 E I-240 Servi<br>Oklahoma City, OK 73135 | Unsecured | XXXXXX6455 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nco Fin/27<br>507 Prudential Rd<br>Horsham, PA 19044 | Unsecured | XXXX1047 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Payment Solutions<br>4065 St Cloud Dr<br>Loveland, CO 80538 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Penn Foster<br>925 Oak Street<br>Scranton, PA 18515 | Unsecured | 0000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Plains Commerce Bank<br>Po Box 89937<br>Sioux Falls, SD 57109 | Unsecured | XXXXXXXX7145 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Professional Collecito<br>15111 8th Avenue S<br>Seattle, WA 98166 | Unsecured | XX2601 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Professional Rcvy Syst<br>600 17 St Ste 2600-S<br>Denver, CO 80202 | Unsecured | XX1781 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | X7260 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | X9881 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | X1946 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255  
**Debtor Name:** WRIGHT, GENE C

Page: 6

**Date:** May 17, 2017  
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | X6658 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | X6660 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | X2867 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | Unsecured | XXXXXXXXXXX1483 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Security Credit System<br>622 Main St Ste 301<br>Buffalo, NY 14202 | Unsecured | XXX6299 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sprint<br><br>Overland Park, KS 66251 | Unsecured | 0000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Torres Crdit<br>27 Fairview St Ste 301<br>Carlisle, PA 17015 | Unsecured | XXX9251 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Torres Credit Srv<br>27 Fairview St Ste 301<br>Carlisle, PA 17015 | Unsecured | XXX1356 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | US Cellular<br>P.O. Box 620989<br>Middleton, WI 53562 | Unsecured | 0000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | West Asset Management<br>Attn: Bankruptcy<br>Po Box 105478<br>Atlanta, GA 30348 | Unsecured | XXXX1397 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Western Control Servic<br>730 W Hampden Ave Ste 30<br>Englewood, CO 80110 | Unsecured | 2FE5 | $0.00 | $0.00 | 0.00 |
| 1I 640 | COMMONWEALTH EDISON COMPANY<br>Bankruptcy Department<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60181 | Unsecured | 0000 | $28.16 | $0.00 | 28.16 |
| 2I 640 | Cavalry SPV I, LLC<br>Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | XXXX5925 | $2.86 | $0.00 | 2.86 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255  
**Debtor Name:** WRIGHT, GENE C  

Page: 7

**Date:** May 17, 2017  
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I 640 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $4.39 | $0.00 | 4.39 |
| 4I 640 | Mack Industries c/o PITTACORA & CROTTY 223 W JACKSON #620 Chicago, IL 60606 | Unsecured | 2008-M1-167961 | $172.34 | $0.00 | 172.34 |
| 5I 640 | Rjm Acquisitions Funding Llc 575 Underhill Blvd, Suite 224 Syosset, NY 11791 | Unsecured | | $0.82 | $0.00 | 0.82 |
| 6I 640 | Rjm Acquisitions Llc 575 Underhill Blvd, Suite 224 Syosset, NY 11791 | Unsecured | XXXXXX9481 | $1.16 | $0.00 | 1.16 |
| 7I 640 | Premier Bankcard/ Charter P.O. Box 2208 Vacaville, CA 95695 | Unsecured | XXXXXXXXXXXX6464 | $2.15 | $0.00 | 2.15 |
| 8I 640 | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | XXXXXXXXXX0001 | $3.84 | $0.00 | 3.84 |
| 9I 640 | Jefferson Capital Systems LLC Purchased From MOST FUNDING II LLC PO BOX 7999 SAINT CLOUD, MN 56302-9617 | Unsecured | | $3.73 | $0.00 | 3.73 |
| 10I 640 | American InfoSource LP as agent for US Cellular PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | XXXX4434 | $1.48 | $0.00 | 1.48 |
| 11I 640 | American InfoSource LP as agent for US Cellular PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | $3.90 | $0.00 | 3.90 |
| 12I 640 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | XXXX9527 | $2.32 | $0.00 | 2.32 |
| 13I 640 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $2.33 | $0.00 | 2.33 |
| 14I 640 | Nicor Gas Po box 549 Aurora, IL 60507 | Unsecured | XX9847 | $17.33 | $0.00 | 17.33 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2013

**Case Number:** 13-18255  
**Debtor Name:** WRIGHT, GENE C

Page: 8

**Date:** May 17, 2017  
**Time:** 12:24:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPLUS 650 | WRIGHT, GENE C<br>15744 CLIFTON PARK AVENUE<br>MARKHAM, IL 60428 | Unsecured | | $145,619.05 | $0.00 | 145,619.05 |
| << Totals >> | | | | 247,809.32 | 0.00 | 247,809.32 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                             Exhibit D

Case No.: 13-18255
Case Name: WRIGHT, GENE C
Trustee Name: Ira Bodenstein

**Balance on hand:**                                    $     247,809.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $   247,809.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 51,969.05 | 0.00 | 51,969.05 |
| Trustee, Expenses - Ira Bodenstein | 224.80 | 0.00 | 224.80 |

Total to be paid for chapter 7 administration expenses:   $    52,193.85
Remaining balance:                                        $   195,615.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $   195,615.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:                       $   195,615.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 49,749.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMONWEALTH EDISON COMPANY | 5,675.33 | 0.00 | 5,675.33 |
| 2 | Cavalry SPV I, LLC | 577.05 | 0.00 | 577.05 |
| 3 | Quantum3 Group LLC as agent for | 884.92 | 0.00 | 884.92 |
| 4 | Mack Industries | 34,738.58 | 0.00 | 34,738.58 |
| 5 | Rjm Acquisitions Funding Llc | 165.09 | 0.00 | 165.09 |
| 6 | Rjm Acquisitions Llc | 233.14 | 0.00 | 233.14 |
| 7 | Premier Bankcard/ Charter | 433.54 | 0.00 | 433.54 |
| 8 | American InfoSource LP as agent for | 773.54 | 0.00 | 773.54 |
| 9 | Jefferson Capital Systems LLC | 752.53 | 0.00 | 752.53 |
| 10 | American InfoSource LP as agent for | 297.46 | 0.00 | 297.46 |
| 11 | American InfoSource LP as agent for | 787.12 | 0.00 | 787.12 |
| 12 | American InfoSource LP as agent for | 468.36 | 0.00 | 468.36 |
| 13 | American InfoSource LP as agent for | 469.76 | 0.00 | 469.76 |
| 14 | Nicor Gas | 3,493.19 | 0.00 | 3,493.19 |

Total to be paid for timely general unsecured claims:     $     49,749.61
Remaining balance:     $    145,865.86

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:     $          0.00
Remaining balance:     $    145,865.86

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                         Total to be paid for subordinated claims: **$**        0.00
                         Remaining balance:         **$**    145,865.86

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $246.81.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 145,619.05.

**UST Form 101-7-TFR (05/1/2011)**