**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GENE C. WRIGHT and ANGELA R. WRIGHT, | ) ) | Case No. 13-18255 |
| | ) | Honorable Jacqueline P. Cox |
| Debtors. | ) | |
| | ) | Hearing Date: June 29, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

**CERTIFICATE OF SERVICE**

Ira Bodenstein certifies that he caused a true copy of the above and foregoing **Notice of Final Application for Compensation and Trustee's Final Report** to be served upon the attached ECF list and by U.S. Mail, proper postage prepaid, from 321 N. Clark Street, Chicago, Illinois on May 25, 2017.

/s/ Ira Bodenstein

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.
- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com; cowens@shawfishman.com
- Ira Bodenstein    ibodenstein@shawfishman.com, cowens@shawfishman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Thomas G Stahulak    tom@getfiled.com, ecf.stahulakandassociates@gmail.com

**U.S. Mail**

**Debtor**

Gene C. Wright
Angela R. Wright
140 Providence Drive
Matteson, IL  60443

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA  95695

Quantum Group LLC as agent for MOMA Funding LLC
P.O. Box 788
Kirkland, WA  98038-0788

Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL  60181

{10639-001 CER A0471980.DOCX}

**Special Counsel to the Debtors**

Clark Raymond
Raymond & Raymond, Ltd.
1701 E. Woodfield Road
Suite 903
Schaumburg, IL  60173

**Counsel for Defendants Miller, Advocate Health and Suburban Emergency Physicians**

Pamela L. Gellen
Kristin A. Ahmadian
Lowis & Gellen LLP
200 West Adams Street, Ste. 1900
Chicago, IL  60606

**OTHER CREDITORS**

Cavalry SPV 1, LLC
Cavalry Portfolio Services
500 Summit Lake Drive, Suite 400
Valhalla, NY  10595

Nicor Gas
P.O. Box 190
Bankruptcy Department
Aurora, IL  60507


American InfoSource
P.O. Box 248848
Oklahoma City, OK  73124-8848

Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN  56302-9617

American InfoSource LLP
P.O. Box 248838
Oklahoma City, OK  73124-8838

Mack Industries
c/o Pittacora Law Group LLC
223 W. Jackson, #620
Chicago, IL  60606

Jefferson Capital Systems LLC
P.O. Box 7999
St. Cloud, MN  56302-9617