# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: WRIGHT, GENE C § Case No. 13-18255
     WRIGHT, ANGELA R §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $13,571.00                           Assets Exempt: $43,570.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $135,576.97           Claims Discharged
                                                                                    Without Payment: $40,047.30

Total Expenses of Administration: $838,803.98

---

   3) Total gross receipts of $ 1,150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 175,619.05 (see **Exhibit 2**), yielded net receipts of $974,380.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 838,803.98 | 838,803.98 | 838,803.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 124.00 | 85,580.55 | 85,580.55 | 85,580.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,823.04 | 49,996.42 | 49,996.42 | 49,996.42 |
| **TOTAL DISBURSEMENTS** | $84,947.04 | $974,380.95 | $974,380.95 | $974,380.95 |

4) This case was originally filed under Chapter 7 on April 30, 2013. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2017          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice Lawsuit Gene Wright, Angela | 1242-000 | 1,150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gene C. Wright | Payment of exemption per Order dted 3/29/17 Dkt # 27 | 8100-002 | 15,000.00 |
| Angela R. Wright | Payment of exemption per Order dted 3/29/17 Dkt # 27 | 8100-002 | 15,000.00 |
| WRIGHT, GENE C | Dividend paid 100.00% on $145,619.05; Claim# SURPLUS; Filed: $145,619.05; Reference: | 8200-002 | 145,619.05 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$175,619.05** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 51,969.05 | 51,969.05 | 51,969.05 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 224.80 | 224.80 | 224.80 |
| Other - Raymond & Raymond, Ltd. | 3210-000 | N/A | 662,500.00 | 662,500.00 | 662,500.00 |
| Other - Raymond & Raymond, Ltd. | 3220-000 | N/A | 123,738.14 | 123,738.14 | 123,738.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 371.99 | 371.99 | 371.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $838,803.98 | $838,803.98 | $838,803.98 |

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Il Dept Of Healthcare | 5200-000 | 124.00 | N/A | N/A | 0.00 |
| | Conduent, Inc. | 5910-000 | N/A | 54,131.21 | 54,131.21 | 54,131.21 |
| | Illinois Department of Healthcare and Family | 5910-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| | Medicare | 5910-000 | N/A | 1,449.34 | 1,449.34 | 1,449.34 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $124.00 | $85,580.55 | $85,580.55 | $85,580.55 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COMMONWEALTH EDISON COMPANY | 7100-000 | 200.00 | 5,675.33 | 5,675.33 | 5,675.33 |
| 1I | COMMONWEALTH EDISON COMPANY | 7990-000 | N/A | 28.16 | 28.16 | 28.16 |
| 2 | Cavalry SPV I, LLC | 7100-000 | 576.00 | 577.05 | 577.05 | 577.05 |
| 2I | Cavalry SPV I, LLC | 7990-000 | N/A | 2.86 | 2.86 | 2.86 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 884.92 | 884.92 | 884.92 |
| 3I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 4.39 | 4.39 | 4.39 |
| 4 | Mack Industries | 7100-000 | 38,264.74 | 34,738.58 | 34,738.58 | 34,738.58 |
| 4I | Mack Industries | 7990-000 | N/A | 172.34 | 172.34 | 172.34 |
| 5 | Rjm Acquisitions Funding Llc | 7100-000 | N/A | 165.09 | 165.09 | 165.09 |
| 5I | Rjm Acquisitions Funding Llc | 7990-000 | N/A | 0.82 | 0.82 | 0.82 |
| 6 | Rjm Acquisitions Llc | 7100-000 | 233.00 | 233.14 | 233.14 | 233.14 |
| 6I | Rjm Acquisitions Llc | 7990-000 | N/A | 1.16 | 1.16 | 1.16 |
| 7 | Premier Bankcard/ Charter | 7100-000 | 433.00 | 433.54 | 433.54 | 433.54 |
| 7I | Premier Bankcard/ Charter | 7990-000 | N/A | 2.15 | 2.15 | 2.15 |
| 8 | American InfoSource LP as agent for | 7100-000 | 788.00 | 773.54 | 773.54 | 773.54 |
| 8I | American InfoSource LP as agent for | 7990-000 | N/A | 3.84 | 3.84 | 3.84 |
| 9 | Jefferson Capital Systems LLC | 7100-000 | N/A | 752.53 | 752.53 | 752.53 |
| 9I | Jefferson Capital Systems LLC | 7990-000 | N/A | 3.73 | 3.73 | 3.73 |
| 10 | American InfoSource LP as agent for | 7100-000 | 387.00 | 297.46 | 297.46 | 297.46 |
| 10I | American InfoSource LP as agent for | 7990-000 | N/A | 1.48 | 1.48 | 1.48 |
| 11 | American InfoSource LP as agent for | 7100-000 | N/A | 787.12 | 787.12 | 787.12 |
| 11I | American InfoSource LP as agent for | 7990-000 | N/A | 3.90 | 3.90 | 3.90 |
| 12 | American InfoSource LP as agent for | 7100-000 | 468.00 | 468.36 | 468.36 | 468.36 |
| 12I | American InfoSource LP as agent for | 7990-000 | N/A | 2.32 | 2.32 | 2.32 |
| 13 | American InfoSource LP as agent for | 7100-000 | N/A | 469.76 | 469.76 | 469.76 |
| 13I | American InfoSource LP as agent for | 7990-000 | N/A | 2.33 | 2.33 | 2.33 |
| 14 | Nicor Gas | 7100-000 | 3,550.00 | 3,493.19 | 3,493.19 | 3,493.19 |
| 14I | Nicor Gas | 7990-000 | N/A | 17.33 | 17.33 | 17.33 |
| NOTFILED | Midnight Velvet | 7100-000 | 173.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Fund (Original Creditor:Webbank) | 7100-000 | 206.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | National Credit Soluti | 7100-000 | 154.00 | N/A | N/A | 0.00 |
| NOTFILED | Monterey Collection SVC | 7100-000 | 819.65 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/27 | 7100-000 | 167.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 1,004.00 | N/A | N/A | 0.00 |
| NOTFILED | Monterey Financial Svc | 7100-000 | 2,281.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcsi Inc (Original Creditor:01 Village O | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcsi Inc (Original Creditor:01 Village O | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Grt Sub Acc Corp | 7100-000 | 1,755.00 | N/A | N/A | 0.00 |
| NOTFILED | G C Services (Original Creditor:Dish Net | 7100-000 | 1,152.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd (Original Creditor:A | 7100-000 | 1,017.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System Inc | 7100-000 | 155.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System Inc | 7100-000 | 173.00 | N/A | N/A | 0.00 |
| NOTFILED | Payment Solutions | 7100-000 | 819.65 | N/A | N/A | 0.00 |
| NOTFILED | Mcsi Inc (Original Creditor:01 Village O | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Collecito | 7100-000 | 599.00 | N/A | N/A | 0.00 |
| NOTFILED | Penn Foster | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Security Credit System | 7100-000 | 497.00 | N/A | N/A | 0.00 |
| NOTFILED | Torres Crdit | 7100-000 | 2,041.00 | N/A | N/A | 0.00 |
| NOTFILED | US Cellular | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Torres Credit Srv | 7100-000 | 2,503.00 | N/A | N/A | 0.00 |
| NOTFILED | Western Control Servic | 7100-000 | 1,725.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 243.00 | N/A | N/A | 0.00 |
| NOTFILED | Rjm Acq Llc | 7100-000 | 522.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Rcvy Syst | 7100-000 | 2,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Franklin Collection Sv | 7100-000 | 305.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Plains Commerce Bank | 7100-000 | 249.00 | N/A | N/A | 0.00 |
| NOTFILED | Ic Systems Inc | 7100-000 | 819.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First Premier Bank | 7100-000 | 433.00 | N/A | N/A | 0.00 |
| NOTFILED | Account Recovery Servi | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Ability Recovery Servi (Original Credito | 7100-000 | 822.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate Inc | 7100-000 | 477.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Collection Serv (Original Credito | 7100-000 | 1,972.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen | 7100-000 | 886.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 178.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Asso | 7100-000 | 379.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Se (Original Credito | 7100-000 | 820.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversifd Co (Original Creditor:Medical) | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Calvary Portfolio Services | 7100-000 | 359.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Lp (Original Creditor: | 7100-000 | 531.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversifd Co | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Lp (Original Creditor: | 7100-000 | 1,602.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company Of | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company Of | 7100-000 | 243.00 | N/A | N/A | 0.00 |
| NOTFILED | Calvary Portfolio Services | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 531.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 561.00 | N/A | N/A | 0.00 |
| NOTFILED | Crd Prt Asso | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $84,823.04 | $49,996.42 | $49,996.42 | $49,996.42 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
WRIGHT, ANGELA R  
**Period Ending:** 09/09/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 04/30/13 (f)  
**§341(a) Meeting Date:** 06/21/13  
**Claims Bar Date:** 10/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Imported from Amended Doc#: 13 | 300.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with Chase<br>Imported from Amended Doc#: 13 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit with Landlord<br>Imported from Amended Doc#: 13 | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | used furniture<br>Imported from Amended Doc#: 13 | 600.00 | 0.00 | | 0.00 | FA |
| 5 | used clothing<br>Imported from Amended Doc#: 13 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Term Life Insurance Policy with State Farm - NO<br>Imported from Amended Doc#: 13 | 1.00 | 1.00 | | 0.00 | FA |
| 7 | 2012 tax refund ($2,261.00 for earned income cre<br>Imported from Amended Doc#: 13 | 8,420.00 | 0.00 | | 0.00 | FA |
| 8 | 1998 Pontiac Grand Prix 132,000 miles<br>Imported from Amended Doc#: 13 | 1,050.00 | 0.00 | | 0.00 | FA |
| 9 | Medical Malpractice Lawsuit Gene Wright, Angela  (u)<br>Pending P.I. Action. Counsel retained on 08/22/2014. | Unknown | 0.00 | | 1,150,000.00 | FA |
| 9 | **Assets  Totals** (Excluding unknown values) | **$13,571.00** | **$1.00** | | **$1,150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/29/2017-Settlement Approved Dkt # 27  
Estate to receive $1,150,000

03/29/2017-Settlement Approved Dkt # 27 estate to receive $1,150,000  
01/11/2017 - Case is set for Mediation on on 01/24/2017 and if it doesn't settle, trial on 03/22/2017  
04/01/2016 - Awaiting outcome of pending litigation  
04/20/2015- Special counsel employed to pursue medical malpractice case 8/22/2015  
    Awaiting outcome

Printed: 09/09/2017 05:24 PM    V.13.30

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
WRIGHT, ANGELA R  
**Period Ending:** 09/09/17

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 04/30/13 (f)  
**§341(a) Meeting Date:** 06/21/13  
**Claims Bar Date:** 10/22/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   December 31, 2017

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-18255 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | WRIGHT, GENE C | | **Bank Name:** | Rabobank, N.A. |
| | WRIGHT, ANGELA R | | **Account:** | ******4866 - Checking Account |
| **Taxpayer ID #:** | **-***4631 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/09/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/09/2017 05:24 PM    V.13.30

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
    WRIGHT, ANGELA R  
**Taxpayer ID #:** **-***4631  
**Period Ending:** 09/09/17

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4867 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/17 | {9} | Advocate Health Care | P.I. Settlement per Order Dted 3/29/17 Dkt # 27 | 1242-000 | 1,150,000.00 | | 1,150,000.00 |
| 04/20/17 | 101 | Raymond & Raymond, Ltd. | Approved attorney fee per order dted 3/29/17 Dkt # 27 | 3210-000 | | 662,500.00 | 487,500.00 |
| 04/20/17 | 102 | Raymond & Raymond, Ltd. | Approved attorney expenses per order dted 3/29/17 Dkt # 27 | 3220-000 | | 123,738.14 | 363,761.86 |
| 04/20/17 | 103 | Gene C. Wright | Payment of exemption per Order dted 3/29/17 Dkt # 27 | 8100-002 | | 15,000.00 | 348,761.86 |
| 04/20/17 | 104 | Angela R. Wright | Payment of exemption per Order dted 3/29/17 Dkt # 27 | 8100-002 | | 15,000.00 | 333,761.86 |
| 04/20/17 | 105 | Conduent, Inc. | Payment of Medical Lien per Order dted 3/29/17 Dkt # 27 | 5910-000 | | 54,131.21 | 279,630.65 |
| 04/20/17 | 106 | Illinois Department of Healthcare and Family Services | Payment of Medical Lien per Order dted 3/29/17 Dkt # 27 | 5910-000 | | 30,000.00 | 249,630.65 |
| 04/20/17 | 107 | Medicare | Payment of Medical Lien per Order dted 3/29/17 Dkt # 27 | 5910-000 | | 1,449.34 | 248,181.31 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 371.99 | 247,809.32 |
| 07/05/17 | 108 | Ira Bodenstein | Dividend paid 100.00% on $51,969.05, Trustee Compensation; Reference: | 2100-000 | | 51,969.05 | 195,840.27 |
| 07/05/17 | 109 | Ira Bodenstein | Dividend paid 100.00% on $224.80, Trustee Expenses; Reference: | 2200-000 | | 224.80 | 195,615.47 |
| 07/05/17 | 110 | WRIGHT, GENE C | Dividend paid 100.00% on $145,619.05; Claim# SURPLUS; Filed: $145,619.05; Reference: | 8200-002 | | 145,619.05 | 49,996.42 |
| 07/05/17 | 111 | American InfoSource LP as agent for | Combined Check for Claims#12,13,12I,13I | | | 942.77 | 49,053.65 |
| | | | Dividend paid 100.00% on $468.36; Claim# 12; Filed: $468.36; Reference: XXXX9527 | 7100-000 | 468.36 | | 49,053.65 |
| | | | Dividend paid 100.00% on $469.76; Claim# 13; Filed: $469.76 | 7100-000 | 469.76 | | 49,053.65 |
| | | | Dividend paid 100.00% on $2.32; Claim# 12I; Filed: $2.32; Reference: XXXX9527 | 7990-000 | 2.32 | | 49,053.65 |
| | | | Dividend paid 100.00% on $2.33; Claim# 13I; | 7990-000 | 2.33 | | 49,053.65 |

Subtotals :      $1,150,000.00      $1,100,946.35

{} Asset reference(s)      Printed: 09/09/2017 05:24 PM    V.13.30

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
WRIGHT, ANGELA R  
**Taxpayer ID #:** \*\*-\*\*\*4631  
**Period Ending:** 09/09/17

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*4867 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Filed: $2.33 | | | | | |
| 07/05/17 | 112 | American InfoSource LP as agent for | Combined Check for Claims#10,11,10I,11I | | | | 1,089.96 | 47,963.69 |
| | | | Dividend paid 100.00% on $297.46; Claim# 10; Filed: $297.46; Reference: XXXX4434 | 297.46 | 7100-000 | | | 47,963.69 |
| | | | Dividend paid 100.00% on $787.12; Claim# 11; Filed: $787.12 | 787.12 | 7100-000 | | | 47,963.69 |
| | | | Dividend paid 100.00% on $1.48; Claim# 10I; Filed: $1.48; Reference: XXXX4434 | 1.48 | 7990-000 | | | 47,963.69 |
| | | | Dividend paid 100.00% on $3.90; Claim# 11I; Filed: $3.90 | 3.90 | 7990-000 | | | 47,963.69 |
| 07/05/17 | 113 | American InfoSource LP as agent for | Combined Check for Claims#8,8I | | | | 777.38 | 47,186.31 |
| | | | Dividend paid 100.00% on $773.54; Claim# 8; Filed: $773.54; Reference: XXXXXXXXXX0001 | 773.54 | 7100-000 | | | 47,186.31 |
| | | | Dividend paid 100.00% on $3.84; Claim# 8I; Filed: $3.84; Reference: XXXXXXXXXX0001 | 3.84 | 7990-000 | | | 47,186.31 |
| 07/05/17 | 114 | Cavalry SPV I, LLC | Combined Check for Claims#2,2I | | | | 579.91 | 46,606.40 |
| | | | Dividend paid 100.00% on $577.05; Claim# 2; Filed: $577.05; Reference: XXXX5925 | 577.05 | 7100-000 | | | 46,606.40 |
| | | | Dividend paid 100.00% on $2.86; Claim# 2I; Filed: $2.86; Reference: XXXX5925 | 2.86 | 7990-000 | | | 46,606.40 |
| 07/05/17 | 115 | COMMONWEALTH EDISON COMPANY | Combined Check for Claims#1,1I | | | | 5,703.49 | 40,902.91 |

Subtotals :     $0.00     $8,150.74

{} Asset reference(s)

Printed: 09/09/2017 05:24 PM     V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 13-18255 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | WRIGHT, GENE C | | Bank Name: | Rabobank, N.A. |
| | WRIGHT, ANGELA R | | Account: | ******4867 - Checking Account |
| Taxpayer ID #: | **-***4631 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/09/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00% on $5,675.33;  Claim# 1; Filed: $5,675.33; Reference: 0000 | 5,675.33 | 7100-000 | | | 40,902.91 |
| | | | Dividend paid 100.00% on $28.16;  Claim# 1I; Filed: $28.16; Reference: 0000 | 28.16 | 7990-000 | | | 40,902.91 |
| 07/05/17 | 116 | Jefferson Capital Systems LLC | Combined Check for Claims#9,9I | | | 756.26 | 40,146.65 |
| | | | Dividend paid 100.00% on $752.53;  Claim# 9; Filed: $752.53 | 752.53 | 7100-000 | | | 40,146.65 |
| | | | Dividend paid 100.00% on $3.73;  Claim# 9I; Filed: $3.73 | 3.73 | 7990-000 | | | 40,146.65 |
| 07/05/17 | 117 | Mack Industries | Combined Check for Claims#4,4I | | | 34,910.92 | 5,235.73 |
| | | | Dividend paid 100.00% on $34,738.58;  Claim# 4; Filed: $34,738.58; Reference: 2008-M1-167961 | 34,738.58 | 7100-000 | | | 5,235.73 |
| | | | Dividend paid 100.00% on $172.34;  Claim# 4I; Filed: $172.34; Reference: 2008-M1-167961 | 172.34 | 7990-000 | | | 5,235.73 |
| 07/05/17 | 118 | Nicor Gas | Combined Check for Claims#14,14I | | | 3,510.52 | 1,725.21 |
| | | | Dividend paid 100.00% on $3,493.19;  Claim# 14; Filed: $3,493.19; Reference: XX9847 | 3,493.19 | 7100-000 | | | 1,725.21 |
| | | | Dividend paid 100.00% on $17.33;  Claim# 14I; Filed: $17.33; Reference: XX9847 | 17.33 | 7990-000 | | | 1,725.21 |
| 07/05/17 | 119 | Premier Bankcard/ Charter | Combined Check for Claims#7,7I | | | 435.69 | 1,289.52 |
| | | | Dividend paid 100.00% on $433.54;  Claim# 7; Filed: $433.54; | 433.54 | 7100-000 | | | 1,289.52 |

Subtotals :       $0.00       $39,613.39

{} Asset reference(s)

Printed: 09/09/2017 05:24 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 13-18255 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | WRIGHT, GENE C | | Bank Name: | Rabobank, N.A. |
| | WRIGHT, ANGELA R | | Account: | ******4867 - Checking Account |
| Taxpayer ID #: | **-***4631 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/09/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Reference: XXXXXXXXXXXX6464 | | | | | |
| | | | Dividend paid 100.00% on $2.15; Claim# 7I; Filed: $2.15; Reference: XXXXXXXXXXXX6464 | 2.15 | 7990-000 | | | 1,289.52 |
| 07/05/17 | 120 | Quantum3 Group LLC as agent for | Combined Check for Claims#3,3I | | | | 889.31 | 400.21 |
| | | | Dividend paid 100.00% on $884.92; Claim# 3; Filed: $884.92 | 884.92 | 7100-000 | | | 400.21 |
| | | | Dividend paid 100.00% on $4.39; Claim# 3I; Filed: $4.39 | 4.39 | 7990-000 | | | 400.21 |
| 07/05/17 | 121 | Rjm Acquisitions Funding Llc | Combined Check for Claims#5,5I | | | | 165.91 | 234.30 |
| | | | Dividend paid 100.00% on $165.09; Claim# 5; Filed: $165.09 | 165.09 | 7100-000 | | | 234.30 |
| | | | Dividend paid 100.00% on $0.82; Claim# 5I; Filed: $0.82 | 0.82 | 7990-000 | | | 234.30 |
| 07/05/17 | 122 | Rjm Acquisitions Llc | Combined Check for Claims#6,6I | | | | 234.30 | 0.00 |
| | | | Dividend paid 100.00% on $233.14; Claim# 6; Filed: $233.14; Reference: XXXXXX9481 | 233.14 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $1.16; Claim# 6I; Filed: $1.16; Reference: XXXXXX9481 | 1.16 | 7990-000 | | | 0.00 |

|  |  |
|---|---|
| ACCOUNT TOTALS | 1,150,000.00   1,150,000.00   $0.00 |
| Less: Bank Transfers | 0.00   0.00 |
| **Subtotal** | 1,150,000.00   1,150,000.00 |
| Less: Payments to Debtors | 175,619.05 |
| **NET Receipts / Disbursements** | **$1,150,000.00   $974,380.95** |

{} Asset reference(s)   Printed: 09/09/2017 05:24 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 13-18255  
**Case Name:** WRIGHT, GENE C  
WRIGHT, ANGELA R  
**Taxpayer ID #:** **-***4631  
**Period Ending:** 09/09/17

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4867 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 1,150,000.00  
Less Payments to Debtor : 175,619.05  
Net Estate : $974,380.95

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4866 | 0.00 | 0.00 | 0.00 |
| Checking # ******4867 | 1,150,000.00 | 974,380.95 | 0.00 |
| | $1,150,000.00 | $974,380.95 | $0.00 |

{} Asset reference(s)

Printed: 09/09/2017 05:24 PM V.13.30